IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY A. GRAFF,

    Petitioner,                   No. CIV S-05-0029 FCD KJM P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.             ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 and a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Because petitioner may be entitled to the relief requested in his application for writ of habeas corpus if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request to proceed in forma pauperis is granted;

        2. Respondents are directed to file an answer within sixty days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the

1  answer any and all transcripts or other documents relevant to the determination of the issues
2  presented in the application.  Rule 5, Rules Governing Section 2254 Cases;
3      3. Petitioner's traverse, if any, is due on or before thirty days from the date
4  respondents' answer is filed; and
5      4. The Clerk of the Court shall serve a copy of this order together with a copy of
6  petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney
7  General.
8  DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
graf0029.100