IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY A. GRAFF,

    Petitioner,               No. CIV S-05-0029 FCD KJM P

    vs.

CLAUDE FINN, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 14, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Also, respondents have asked that Claude Finn, the warden at petitioner's place of incarceration, be added as a respondent in this action.  Good cause appearing, respondents' request will be granted.  See Stanley v. Cal. Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2006, are adopted in full;

2. Respondents' January 31, 2006 motion to dismiss is denied;

3. Respondents shall file their answer within sixty days from the date of this order; and

4. Claude Finn is added as a respondent.

DATED: September 13, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge